11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Ex parte David Paul Sydow,

No. 11-12-00254-CV

* From the 70th District
  Court of Ector County,
  Trial Court No. A-133,480.

* February 28, 2013

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  McCall, J., and Willson, J.)

This court has considered David Paul Sydow's motion to dismiss this appeal and concludes that the motion should be granted.   Therefore, in accordance with this court's opinion, the appeal is dismissed.